

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2019

No. 04-19-00550-CV

Sergio **ALANIS** Sr.,
Appellant

v.

Jesus Maria 'Chuy' **ALVAREZ,**
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable Federico Hinojosa, Judge Presiding

# O R D E R

Appellee's brief is due November 25, 2019. On November 14, appellee filed a motion requesting a ninety day extension of time to file the brief. We **grant the motion in part** and **order** appellee, **Jesus Maria Alvarez**, to file his appellee's brief by **January 24, 2020**. (sixty days after the original due date). The court does not ordinarily grant extensions of more than sixty days beyond the original due date.  Appellee is therefore advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts appellee has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.  If the brief or a timely and conforming motion is not filed by the date ordered, the appeal may be set for submission without an appellee's brief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court